

NUMBER 13-17-00014-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

---

RITA ALEJANDRO,                                                    Appellant,

v.

EFRAIN ALEJANDRO,                                                    Appellee.

---

On appeal from the County Court at Law No. 1
of Hidalgo County, Texas.

---

## ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Valdez and Justices Contreras and Benavides**
**Order Per Curiam**

This cause is currently before the Court on appellant's fourth motion for extension of time to file the brief. The reporter's record was filed on July 13, 2017, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant three extensions of time totaling 150 days to

file the brief, and appellant now seeks an additional 30 days, until February 12, 2018, to file the brief.

The Court GRANTS appellant's fourth motion for extension to file the brief and ORDERS the Honorable Victoria Guerra to file the brief on or before February 12, 2018. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
23rd day of January, 2018.